IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DOUG COCHRAN,**

        **Plaintiff,**

                              **No.  12-0765-DRH**

**vs.**

**JAMES MASSEY,**

        **Defendant.**

## ORDER

**HERNDON, Chief Judge:**

      Pending before the Court is Massey's request to reopen discovery (Doc. 43). Massey argues that the Court should reopen discovery due to Cochran's incomplete discovery responses. Cochran opposes the motion. Based on the following, the Court denies the motion.

      The Court finds that the circumstances of this case do not warrant an extension of the discovery deadline as Massey waited too long to complain. Massey should have addressed this situation with Magistrate Judge Wilkerson and followed the procedures outlined in the Order Regarding Discovery Disputes (Doc. 13).  The discovery deadline expired on April 1, 2013 (Doc. 11).  Moreover, the Court held the final pretrial conference on March 3, 2014 (Doc. 42).  Clearly,

the request to reopen discovery is untimely. Thus, the Court **DENIES** the request.

**IT IS SO ORDERED.**

Signed this 31st day of March, 2014.

Digitally signed by David R. Herndon
Date: 2014.03.31 17:04:04 -05'00'

**Chief Judge**
**United States District Court**