UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**DOUG COCHRAN**,

    **Plaintiff,**

v.

**JAMES MASSEY,**

    **Defendants.**                       No. 12-cv-765-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Plaintiff's Motion to Dismiss.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on July 21, 2014 (Doc. 52) granting plaintiff's Motion to Dismiss, this case is **DISMISSED** with prejudice as to all parties.

                                          JUSTINE FLANAGAN,
                                          ACTING CLERK OF COURT

                                          BY:   */s/Caitlin Fischer*
                                                    **Deputy Clerk**

Dated:  July 21, 2014

Digitally signed by
David R. Herndon
Date: 2014.07.21
10:33:00 -05'00'

APPROVED:
       CHIEF JUDGE
       U. S. DISTRICT COURT